DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIMBERT DIAZ-SOSA | : | |
| | : | |
| VS. | : | C.A.NO.: [redacted] 05 460 ML |
| | : | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | : | |

**PETITION FOR A WRIT OF HABEAS CORPUS**

**NOW COMES** the Petitioner, Limbert Diaz-Sosa, and being presently detained, in violation of law by and in the custody of the Respondent, Department of Homeland Security, makes application upon this Honorable Court, for a Writ of Habeas Corpus, and pursuant to 28 U.S.C. section 2255, and as follows:

1. Your petitioner, Limbert Diaz-Sosa, is an adult individual, and at all times prior and relevant hereto, was a resident of the State of Rhode Island.

2. Your Respondent, United States Department of Homeland Security, is a federal agency, charged, *inter alia*, with enforcement of the immigration laws of the United States and authorized to detain any such persons as only authorized by law.

3. That, the petitioner, is a native of the Dominican Republic, who had heretofore applied for an adjustment of status, within the United States, to that of a lawful permanent resident, pursuant to Section 245a of the Immigration and Nationality Act, to wit, 8 U.S.C. Section 1255.

4. That, on or about the 24th day of October, 2005, the Executive Office for Immigration Review entered a Decision, denying the Petitioner's Application to so adjust his status, and, in so doing, upheld an earlier denial of that same application before the Office of the Immigration Judge.

5. The petitioner, thereupon, was ordered removed from the United States, pending any rights of review provided him by law.

6. Pursuant to law, the petitioner, has and maintains a just and meritorious appellate right, and has heretofore and/or is herewith filing, a Petition for Review of that Decision in the United States Court of Appeals for the First Circuit.

7. That Petition for review is pending.

8. That, the petitioner is not an aggravated felon as would otherwise warrant his detention or pretermit any such rights of appeal.

9. That, on or about November 4, 2005, the petitioner appeared before the respondent agency, at its Providence location, to renew his work permission application.

10. At the aforesaid date and place, the Petitioner, Limbert Sosa-Diaz, and notwithstanding the viability of his right to seek redress in the United States Court of Appeals, was taken into custody by representatives of the foregoing respondent, United States Department of Homeland Security.

11. That the continued detention of the petitioner, by the respondent agency, is in violation of law, or otherwise characterized by an abuse of discretion and founded upon an unlawful procedure.

WHEREFORE, and for all the foregoing reasons, the Petitioner, Limber Diaz-Sosa, respectfully prays this Honorable Court to issue a Writ of Habeas Corpus requiring the respondent, United States Department of Homeland Security to appear before this Honorable Court to show cause why this petitioner should not be forthwith and immediately released from custody, pending the hearing of his appeal, and further provide such other legal and equitable relief as this Honorable Court deems just, proper and meet.

Petitioner,
LIMBERT DIAZ-SOSA,
By his Attorney,

Emili Vaziri, Esquire
RI Registration No.: 4952
160 Plainfield Street
Providence, RI 02903
(401) 944-6430

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY, that I,** the above-named attorney of record in this case, caused a true and correct copy of the within Petition for a Writ of Habeas Corpus to be served upon the Department of Homeland Security, Enforcement Section, 200 Dyer Street, Providence, RI 02903 and upon the Office of the United States Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903 by regular mail and hand delivery on this the 4th day of November, 2005.

