DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIMBERT DIAZ-SOSA | : | |
| | : | |
| VS. | : | C.A.NO.: [redacted] 05 460 ML |
| | : | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | : | |

**PETITIONER'S MOTION FOR STAY**

**NOW COMES** the Petitioner, Limbert Diaz-Sosa, and being presently detained, in violation of law by and in the custody of the Respondent, Department of Homeland Security, and having made application upon this Honorable Court, for a Writ of Habeas Corpus, and pursuant to 28 U.S.C. section 2255, prays and moves this Honorable Court, to issue a stay, as against the respondent, precluding the respondent from transporting the Petitioner from outside this jurisdiction or effecting his removal from the United States, without first making timely application to this Honorable Court.

As grounds therefore, the Petitioner incorporates by reference the statements of fact and averments set forth in the underlying Petition for a Writ of Habeas Corpus. Further, the Petitioner states that he has presently filed a review of the Administrative Order of the Executive Office for Immigration Review before the United States Court of Appeals for the First Circuit such that any removal from outside this jurisdiction would be an abuse of discretion or otherwise prohibited by law.

The petitioner will hereafter supplement this Motion and the underlying Petition by appropriate Memoranda at the earliest practicable juncture.

Petitioner,
LIMBERT DIAZ-SOSA,
By his Attorney,

Emili Vazin, Esquire
RI Registration No.: 4952
160 Plainfield Street
Providence, RI 02903
(401) 944-6430

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY, that I,** the above-named attorney of record in this case, caused a true and correct copy of the within Motion for Stay to be served upon the Department of Homeland Security, Enforcement Section, 200 Dyer Street, Providence, RI 02903 and upon the Office of the United States Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903 by regular mail and hand delivery on this the 4th day of November, 2005.