UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIMBERT DIAZ-SOSA

v. CA 05-460ML

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY

ORDER

This Court conducted a telephone conference with counsel for the petitioner and the government on November 9, 2005. Counsel advised the Court that the petitioner is being detained at the Bristol County House of Corrections, North Dartmouth, Massachusetts, in the District of Massachusetts.

Accordingly, this Court does not have jurisdiction. This matter is therefore transferred to the District of Massachusetts.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 9, 2005